IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| FRANKENMUTH INSURANCE COMPANY f/k/a FRANKENMUTH MUTUAL INSURANCE COMPANY, | ) ) ) | Case No. 2022-cv-50257 |
| Plaintiff, | ) ) | Honorable Margaret J. Schneider |
| v. | ) ) | |
| SPRING CREEK MEADOWS OFFICE CENTRE, INC., | ) ) ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Frankenmuth Insurance Company f/k/a Frankenmuth Mutual Insurance Company, and Defendant, Spring Creek Meadows Office Centre, Inc., by it undersigned attorneys, hereby stipulate to the dismissal of this action with prejudice, with each party to bear its own costs and expenses.

Dated: August 30, 2023

By: ___/s/ Steven R. Apel_____
 Steven R. Apel

John D. Dalton (ARDC No. 6197108)
Steven R. Apel (ARDC No. 6198015)
O'Hagan Meyer
One E. Wacker Drive, Suite 3400
Chicago, IL 60601
jdalton@ohaganmeyer.com
sapel@ohaganmeyer.com

*Counsel for Plaintiff,*
*Frankenmuth Insurance Company*
*f/k/a Frankenmuth Mutual Insurance*
*Company*

By: ___/s/ Adam Long_____
 Adam Long

Adam Long
Barrick, Switzer, Long, Balsley & Van Evera, LLP
6833 Stalter Drive
Rockford, IL 61108
along@bslbv.com

*Counsel for Defendant,*
*Spring Creek Office Centre, Inc.*